**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   7 |
| | : | |
| Katherine M Sweeney | : | |
| | : | |
| Debtor | : | Bankruptcy No.  21-11038-elf |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/16/2021, this case is hereby DISMISSED.

**Date: May 7, 2021**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:  Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2 is applicable
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)